# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DAVID M. POLIZZI,**

    **Plaintiff,**

**v.**                                                                   Case No. 8:08-cv-1142-T-30TBM

**COMMISSIONER OF SOCIAL**
**SECURITY and SSA,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion for Entry of Judgment With Remand (Dkt. 20). Plaintiff does not oppose the relief requested in the Motion. The Court, having reviewed the Motion and supporting memorandum, and being otherwise fully advised in the premises, determines it should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Entry of Judgment With Remand (Dkt. 20) is GRANTED.

2. The above styled action is **REVERSED and REMANDED** to the Commissioner for further action pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3). The Commissioner is directed:

    To evaluate all of the evidence of record, including the mental health treatment records Plaintiff submitted to the Appeals Council, to reassess whether Plaintiff has a severe mental impairment and, if so, re-evaluate Plaintiff's

residual functional capacity; obtain medical expert testimony or a consultive psychological examination, if necessary; identify and consider Plaintiff's past relevant work in assessing his credibility; re-evaluate Plaintiff's subjective complaints, specifically considering his complaints of fatigue and headaches; ensure the duration requirement in 20 C.F.R. Sections 405.1505(a) and 416.905(a) is properly applied; and obtain vocational expert testimony, if necessary.

3. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 17, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1142.mt remand.frm